IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO HERRERA ORTIZ | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNA., et al. | : | NO. 15-3061 |

FILED
JAN 26 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

**AND NOW**, this 26th day of January, 2016, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing; and

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
JOSEPH F. LEESON, JR., J.